UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-24167-PCH

ANDRE OW BULAND,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., A BERMUDA
COMPANY d/b/a NORWEGIAN CRUISE
LINE,

    Defendants.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE, hereby discloses the following pursuant to this Court's interested persons order (Doc. 7):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. **Defendant NCL (BAHAMAS) LTD., a Bermuda Company d/b/a Norwegian Cruise Line**
      **c/o Cole Scott & Kissane, P.A.**

      **Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC").  NCLC is a wholly-owned subsidiary of Norwegian Cruise Line Holdings Ltd., a Bermuda company publicly traded on NASDAQ under ticker symbol NCLH ("NCLH").  NCLH in turn is owned by: Star NCLC Holdings Ltd., a Bermuda company ("Genting HK"); one or more of AIF VI NCL (AIV), L.P., AIF VI NCL (AIV II), L.P., AIF VI NCL (AIV III), L.P., AIF VI NCL (AIV IV), L.P., NCL Athene LLC, Apollo Overseas Partners (Delaware) VI, L.P., Apollo Overseas Partners (Delaware 892) VI, L.P.,**

CASE NO.: 1:17-cv-24167-PCH

      **Apollo Overseas Partners VI, L.P., Apollo Overseas Partners (Germany) VI, L.P., AAA Guarantor — Co-Invest VII, L.P., AIF VI Euro Holdings, L.P., AIF VII Euro Holdings, L.P., Apollo Alternative Assets, L.P., Apollo Management VI, L.P. and Apollo Management VII, L.P., (collectively, the "Apollo Funds"); and public shareholders. As of September 19, 2017, the relative ownership percentages of NCLH's ordinary shares were approximately: Genting HK (7.838%), Apollo Funds (13.346%), and public shareholders (78.816%).**

b.   **Counsel for Defendant**
**Rachel K. Beige, Esq.**
**Patrick J. Folley, Esq.**
**Cole, Scott & Kissane, P.A.**
**Esperante Building**
**222 Lakeview Avenue, Suite 120**
**West Palm Beach, Florida 33401**
**Telephone (561) 383-9200; Facsimile (561) 683-8977**

c.   **Andrew L, Waks, Esq.**
**Counsel for Plaintiff**

d.   **Plaintiff, Andre Ow Buland**
**c/o Counsel for Plaintiff**

    2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

    3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

    4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, Andre Ow Buland**

**c/o Counsel for Plaintiff**

CASE NO.:  1:17-cv-24167-PCH

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant NCL (BAHAMAS) LTD., A
        BERMUDA COMPANY d/b/a Norwegian Cruise
        Line
        Esperante Building
        222 Lakeview Avenue, Suite 120
        West Palm Beach, Florida 33401
        Telephone (561) 681-5541
        Facsimile (561) 683-8977
        Primary e-mail: patrick.folley@csklegal.com
        Secondary e-mail: rachel.beige@csklegal.com
        Alternate e-mail:  jane.ford@csklegal.com

By:  s/ Rachel K. Beige
       PATRICK J. FOLLEY
       Florida Bar No.:  1000346
       RACHEL K. BEIGE
       Florida Bar No.:  16366